IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD WHITE,** **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **PUROLITE CORPORATION,** **Defendants.** | **NO. 19-1736** |

**O R D E R**

**AND NOW**, this 15th day of April, 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF 23), Plaintiff's Response thereto (ECF 24), and Defendant's Reply (ECF 26), **IT IS ORDERED** that Defendant's motion is **GRANTED IN PART** and **DENIED IN PART**.

Defendant's motion is **GRANTED** as to Plaintiff's Title VII (Count II) and Section 1981 (Count I) discrimination and hostile work environment claims, as to Plaintiff's FMLA intereference and retaliation claims (Count III), and as to Plaintiff's ADA discrimination and retaliation claims (Count IV). Defendant's motion is **DENIED** as to Plaintiff's Title VII (Count II) and Section 1981 (Count I) retaliation claims.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**