# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD WHITE,**  **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **PUROLITE CORPORATION,**  **Defendants.** | **NO. 19-1736** |

## O R D E R

**AND NOW**, this 4th day of September, 2020, **IT IS ORDERED** that the Court's April 15, 2020 Opinion (ECF 27) is **AMENDED** pursuant to Federal Rule of Civil Procedure 60(a). The Clerk of Court shall file the Amended Memorandum Opinion on the docket. The Court's April 15, 2020 Order (ECF 28) remains unchanged.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**